**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ANTHONY TORTORICE

v.

JOHN FINCH

Appellant

: No. 45 EM 2016
:
:
: Appeal from the Order of the Superior
: Court at No. 1039 EDA 2016, dated
: March 22, 2016, and the Order of the
: Philadelphia County Court of Common
: Pleas at No. June Term, 2014 No. 1059
: dated March 22, 2016
:

## ORDER

**AND NOW,** this 12th day of April, 2016, Petitioner's Emergency Petition for Review is denied as **MOOT**.

Justice Christine Donohue